**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000338
19-FEB-2020
01:51 PM**

NO. CAAP-19-0000338

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
YIHONG ZHANG, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-18-03258)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on February 13, 2020, is corrected as follows:

The case caption on the first page is corrected by changing the party designations so that it reads:

STATE OF HAWAI'I, Plaintiff-Appellant, v.
YIHONG ZHANG, Defendant-Appellee

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, February 19, 2020.

Associate Judge

---

[1]    Ginoza, C.J., and Hiraoka and Wadsworth, JJ.